answer, should have been adjudicated in due course of equity procedure.

Reversed.

TERRELL AND BUFORD, J. J., concur.

BROWN, C. J., AND STRUM, J., concur in the opinion.

J. B. PORTER, *Plaintiff in Error*, v. W. E. WELLS, *Defendant in Error*.

Division B.

Decision Filed February 1, 1926.

*E. Dixie Beggs*, for Plaintiff in Error;

*Chas. E. Davis* and *W. Turner Davis*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that

the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J. concur.

THOMAS W. PALMER AND JULIA PALMER, *Appellants,* v. DADE COUNTY SECURITY COMPANY, A CORPORATION, *Appellee.*

Division B.

Decision Filed February 1, 1926.

*Bart A. Riley* and *M. H. Rosehouse,* for Appellants;

*Twyman, Scott & McCarthy,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.